UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNETTE CALAWAY,

        Plaintiff,                CIVIL ACTION NO. 06-13398

v.

                                    HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## **JUDGMENT**

      This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

      It is ORDERED and ADJUDGED that defendant's motion for summary judgment is GRANTED and plaintiff's motion for summary judgment is DENIED and the complaint is dismissed.

Dated in Ann Arbor, Michigan                      DAVID WEAVER
April 30, 2007                                        CLERK OF COURT
                                                              s/William Barkholz
                                                              Deputy Clerk

APPROVED:
s/John Corbett O'Meara
United States District Judge